940

No. A–687. LOVELACE ET AL. v. DeCHAMPLAIN. Application for stay of order of the United States District Court for the Western District of Missouri, directing applicants to hold an evidentiary hearing to determine whether respondent is entitled to pretrial release, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, granted. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

FEBRUARY 24, 1975*

No. 74–594. WEISBROD v. LYNN, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. Affirmed on appeal from D. C. D. C. MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument. Motion of American Medical Assn. for leave to file a brief as amicus curiae granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.†

No. 74–767. CHU v. UNITED STATES. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following: No. 74–5281, Spross v. Gunn, infra, p. 955; No. 74–5435, Imbler v. Pachtman, infra, p. 945; and No. 74–5466, Vigil v. New Mexico, infra, p. 955.

†See also note, supra.